## NORFOLK SOUTHER RAILWAY COMPANY, Plaintiff– Appellant,

v.

## ROLISON TRUCKING CO., LLC, Gail W. Rolison, Ronny P. Johnson, Defendants–Appellees.

No. 06–15314.

United States Court of Appeals, Eleventh Circuit.

May 22, 2007.

John Mark Graham, Steve A. Tucker, Crawford S. McGivaren, Jr., Cabaniss, Johnston, Gardner, Dumas & O'Neal, Birmingham, AL, R. Boyd Miller, Cabaniss, Johnston, Gardner, Dumas & O'Neal, Mobile, AL, for Plaintiff-Appellant.

William H. Webster, Dennis Mitchell Henry, Mark Edmond Irby, Webster & Henry, P.C., Montgomery, AL, for Defendants-Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we conclude that the district court did not abuse its discretion in granting the motion to stay proceedings. Accordingly, we affirm the district court's order dated September 26, 2006.

**AFFIRMED.**